No. 84–6963.   HOOSMAN *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 84–6964.   GUTHRIE *v.* HOLLAND, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–6965.   CHATMAN *v.* MARQUEZ ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–6966.   GRISSO *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 84–6967.   BARALDINI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–6968.   ACCORDINO *v.* BOARD OF REVIEW, OHIO BUREAU OF EMPLOYMENT SERVICES, ET AL.   Ct. App. Ohio, Trumbull County.   Certiorari denied.

No. 84–6969.   BARTON *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 84–6973.   ODINGA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–6976.   BRAY *v.* BEARDEN ET AL.   C. A. 11th Cir. Certiorari denied.

No. 84–6977.   GREER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6978.   GILBERT *v.* CALIFORNIA STATE PERSONNEL BOARD ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 84–6979.   CRAIG *v.* TUSCALOOSA NEWS, INC.   C. A. 11th Cir.   Certiorari denied.

No. 84–6984.   LIGHTSEY *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 84–6985.   CASTANEDA *v.* CHRISTENSEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 84–6987.   RASULLAH, AKA BARNES *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.